GUNBY, Ordinary, for use, *v.* ROBERTS.

DUCKWORTH, Chief Justice. The sole ruling of the trial judge which it is sought by the bill of exceptions to have reviewed is a judgment dismissing, on oral motion of the defendant, a petition seeking recovery in an action at law against a surety on a guardian's bond. The certified question simply enumerates material allegations of the petition and requests the Supreme Court to answer whether or not the petition

was subject to dismissal on the oral motion. The Constitution confers exclusive jurisdiction upon the Court of Appeals to review such cases, and not upon the Supreme Court except in cases where the Judges of the Court of Appeals are equally divided. Article 6, section 2, paragraph 4, and article 6, section 2, paragraph 8 of the Constitution (Code, Ann. Supp., §§ 2-3704, 2-3708). An answer by the Supreme Court of the question certified would constitute a decision of the main case by this court instead of the Court of Appeals. This cannot, under the Constitution, be done. *Johnston* v. *Travelers Insurance Co.*, 183 *Ga.* 229 (188 S. E. 27); *Liverpool & London & Globe Ins. Co.* v. *Stuart*, 193 *Ga.* 437 (18 S. E. 2d, 681); *Butler* v. *State*, 194 *Ga.* 426 (21 S. E. 2d, 846); *City of Trenton* v. *Dade County*, 202 *Ga.* 190 (42 S. E. 2d, 438). For the reasons stated we must respectfully decline to answer the question certified.

*Question not answered. All the Justices concur.*

No. 16625. MAY 12, 1949.

*Smith, Kilpatrick, Cody, Rogers & McClatchey,* and *Sidney Haskins,* for plaintiff.

*Alfredda S. Wilkerson* and *William J. Wilkerson,* for defendant.